LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
J. MIGUEL FLORES, SBN 240535
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 92030
Tel: (626) 799-9375/Fax: (626) 799-9380

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**ISABEL VALDEZ, an individual; JANE A.V. DOE, a minor, by and through her guardian ad litem Jessenia Torres; and JANE A.B. DOE, a minor, by and through her guardian ad litem Jessenia Torres**

**Plaintiffs,**

**v.**

**CITY OF FONTANA, OFFICER ALEX YANEZ, and DOES 1 through 20, inclusive**

**Defendants.**

**Case No. 5:24-CV-02631-KK-SP**

**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE**

*Honorable Kenly Kiya Kato*
*Magistrate Judge Sheri Pym*
*Courtroom 3*

The parties having so stipulated and good cause appearing, it is hereby ordered as follows:

1. Plaintiffs' Complaint (Dkt. No. 1) and this entire action and all of Plaintiffs' claims against Defendants and any Doe Defendants are hereby DISMISSED WITH PREJUDICE.
2. All parties shall bear their own attorney's fees and costs in this action; and
3. The Parties have waived and foregone any rights to appeal with respect to any issues, ruling, or orders in this action.

**Dated:** November 4, 2026

HONORABLE KENLY KIYA KATO